Julie S. Turner (SBN 191146)
Karen I. Boyd (SBN 189808)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931
turner@turnerboyd.com
boyd@turnerboyd.com

*Attorneys for Defendant
Circus World Displays, Ltd.*

IT IS SO ORDERED
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CIRCUS WORLD DISPLAYS, LTD., <br><br> Defendant. | No. CV 11-03496 EJD <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Plaintiff Technology Licensing Company, Inc. and Defendant Circus World Displays, Ltd., by and through their respective attorneys of record, agree and stipulate to the following:

1. Defendant's response to the Complaint is currently due on September 14, 2011.

2. Defendant and Plaintiff have agreed that Defendant may extend its time to answer by 30 days.

3.  Such an extension of time shall not alter any dates presently set by the Court. Consequently, no order is required for this extension.  See Local Rule 6-1.

4.  Therefore, the parties hereby agree and stipulate that Defendant shall file an answer or otherwise respond to Plaintiff's Complaint on or before October 14, 2011.

Dated:  September 7, 2011                    TURNER BOYD LLP


   /s/ Julie S. Turner
Julie S. Turner

Attorneys for Defendant
Circus World Displays, Ltd.


Dated:  September 7, 2011                    TECHNOLOGY LICENSING COMPANY, INC.


   /s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company, Inc.


**FILER'S ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to Section X(B) of General Order No. 45 concerning signatures, filer Julie S. Turner hereby attests that concurrence in the filing of this document has been obtained.