Julie S. Turner (SBN 191146)
Karen I. Boyd (SBN 189808)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931
turner@turnerboyd.com
boyd@turnerboyd.com

*Attorneys for Defendant*
*Circus World Displays, Ltd.*



IT IS SO ORDERED
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CIRCUS WORLD DISPLAYS, LTD., <br><br> Defendant. | No. CV 11-03496 EJD <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Plaintiff Technology Licensing Company, Inc. and Defendant Circus World Displays, Ltd., by and through their respective attorneys of record, agree and stipulate to the following:

1. Defendant's response to the Complaint is currently due on September 14, 2011.

2. Defendant and Plaintiff have agreed that Defendant may extend its time to answer by 30 days.

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT    1    CASE NO. C 11-03496 EJD

1    3. Such an extension of time shall not alter any dates presently set by the Court. Consequently, no order is required for this extension. See Local Rule 6-1.

    4. Therefore, the parties hereby agree and stipulate that Defendant shall file an answer or otherwise respond to Plaintiff's Complaint on or before October 14, 2011.

Dated: September 7, 2011            TURNER BOYD LLP


                                      /s/ Julie S. Turner
                                    Julie S. Turner

                                    Attorneys for Defendant
                                    Circus World Displays, Ltd.


Dated: September 7, 2011            TECHNOLOGY LICENSING
                                    COMPANY, INC.


                                      /s/ John W. Carpenter
                                    John W. Carpenter

                                    Attorney for Plaintiff
                                    Technology Licensing Company, Inc.


**<u>FILER'S ATTESTATION PURSUANT TO GENERAL ORDER NO. 45</u>**

Pursuant to Section X(B) of General Order No. 45 concerning signatures, filer Julie S. Turner hereby attests that concurrence in the filing of this document has been obtained.

---