John W. Carpenter (SBN 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001
Telephone:  (415) 577-0698
Facsimile:  (866) 410-6248
john@jwcarpenterlaw.com

*Attorney for Plaintiff
Technology Licensing Company, Inc*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> Circus World Displays, Ltd. <br><br> Defendant. | No. CV 11-03496   EJD <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** <br><br> JUDGE:  Hon. Edward J. Davila |

Pursuant to a confidential settlement agreement and release, IT IS HEREBY STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC ("TLC")  and Defendant Circus World Displays, Ltd  ("CIRCUS WORLD"), through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

| | | |
|---|---|---|
| 1 | Dated: November 11, 2011 | LAW OFFICES OF JOHN W. CARPENTER LLC |
| 2 | | |
| 3 | | /s/ John W. Carpenter |
| 4 | | John W. Carpenter |
| 5 | | Attorney for Plaintiff<br>Technology Licensing Company Inc. |
| 6 | | |
| 7 | Dated: November 11, 2011 | Circus World Displays, Ltd |

/s/ Julie S. Turner
Julie S. Turner

TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, CA  94040
650.521.5930 (W)
turner@turnerboyd.com

Attorney for Defendant
Circus World Displays, Ltd

### **FILER'S ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to Section X(B) of General Order No. 45 concerning signatures, filer John W. Carpenter hereby attests that concurrence in the filing of this document has been obtained.

/s/ John W. Carpenter
John W. Carpenter

Attorney for Plaintiff
Technology Licensing Company Inc.

1

**ORDER**

2

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

3

4

The Clerk shall close this file.

5

Dated  November  15  , 2011

_____
Hon. Edward J. Davila
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28